## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN APPAREL, LLC, *et al.*,[1] | : | Case No. 16-12551 (BLS) |
| Debtors. | : | (Joint Administration Requested) |

### NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that, on November 14, 2016 (the "Petition Date"), American Apparel, LLC, American Apparel (USA), LLC, American Apparel Retail, Inc., American Apparel Dyeing & Finishing, Inc., KCL Knitting, LLC, and Fresh Air Freight, Inc., the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 11 petitions, the Debtors also filed the following applications and motions (collectively, the "First Day Motions"). A hearing to consider the First Day Motions (the "First Day Hearing") will be held on November 15, 2016 at 9:00 a.m. (prevailing Eastern Time), before the Honorable Chief Judge Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Apparel, LLC (0601); American Apparel (USA), LLC (8940); American Apparel Retail, Inc. (7829); American Apparel Dyeing & Finishing, Inc. (0324); KCL Knitting, LLC (9518); and Fresh Air Freight, Inc. (3870). The address of each of the Debtors is 747 Warehouse Street, Los Angeles, California, 90021.

### First Day Declaration

1. Declaration of Mark Weinsten in Support of First Day Pleadings (Filed November 14, 2016) [DN 24]

### First Day Administrative and Procedural Motions

2. Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (Filed November 14, 2016) [DN 2]

3. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date (Filed November 14, 2016) [DN 12]

4. Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and File a Consolidated Creditor Matrix, (II) Authorizing the Filing of a Consolidated List of Top 30 Unsecured Creditors, (III) Approving the Master Service List and (IV) Approving the Form and Manner of Notice of the Commencement of the Debtors' Chapter 11 Cases (Filed November 14, 2016) [DN 3]

### First Day Motions Pertaining to Operations and Related Issues

5. Motion for an Order Authorizing the Debtors to Pay Certain Prepetition Taxes (Filed November 14, 2016) [DN 15]

6. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code for an Order (I) Confirming the Protections of Sections 362, 365 and 525 of the Bankruptcy Code and (II) Granting Related Relief (Filed November 14, 2016) [DN 10]

7. Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Shipping and Related Obligations (Filed November 14, 2016) [DN 14]

8. Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers (Filed November 14, 2016) [DN 5]

9. Motion for an Order Authorizing the Debtors to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to Their Customers (Filed November 14, 2016) [DN 6]

10. Motion for an Order Authorizing the Debtors to Continue Their Insurance Programs and Pay Related Obligations (Filed November 14, 2016) [DN 11]

11. Motion for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items (Filed November 14, 2016) [DN 4]

12. Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities, and (II) Establishing a

Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates. (Filed November 14, 2016) [DN 16]

**First Day Motion Pertaining to Financing and  Cash Management**

13. Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Approving, on an Interim Basis, the Debtors' Deposit Guidelines and Extending Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Inter-Debtor Transactions, and (IV) Granting Related Relief (Filed November 14, 2016) [DN 13]

14. Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364€and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Rules 4001(b) and (c) of the Bankruptcy Rules and (V) Granting Related Relief (Filed November 14, 2016) [DN 17]

    A. Declaration of Mark Weinsten in Support of the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364(e) and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Rules 4001(b) and (c) of the Bankruptcy Rules and (V) Granting Related Relief (Filed November 14, 2016) [DN 18]

    B. Declaration of Saul E. Burian in Support of Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364(e) and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and (V) Granting Related Relief (Filed November 14, 2016) [DN 19]

    C. [Redacted] Declaration of Beth D. Vogel in Support of Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364(e) and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority

        Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Rules 4001(b) and (c) of the Bankruptcy Rules and (V) Granting Related Relief (Filed November 14, 2016) [DN 20]

    D. [SEALED] Declaration of Beth D. Vogel in Support of Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364(e) and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Rules 4001(b) and (c) of the Bankruptcy Rules and (V) Granting Related Relief (Filed November 14, 2016) [DN 22]

15. Motion for an Order Authorizing the Debtors to File Under Seal Certain Portions of the Exhibits Attached to the Declaration of Beth D. Vogel in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 361, 362, 363(c), 363(e), 364(c), 364(d)(1), 364(e) and 507 and (B) Utilize Cash Collateral, (II) Granting Priming Liens, Priority Liens and Superpriority Claims to the DIP Secured Parties, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing Pursuant to Rules 4001(B) and (C) of the Bankruptcy Rules and (V) Granting Related Relief (Filed November 14, 2016) [DN 21]

16. Motion to Shorten Notice and Request to Schedule Hearing With Respect Approval of Bidding Procedures Regarding the Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Approving Bid Protections, (D) Scheduling an Auction, (E) Approving the Form and Manner of Notice Thereof, (F) Approving Assumption and Assignment Procedures; and (G) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed November 14, 2016) [DN 23]

    **PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained by contacting the undersigned proposed counsel, through the Court's website at www.deb.uscourts.gov, referencing Case No. 16-12551 (BLS), by contacting the Debtors' claims agent at aainquiry@PrimeClerk.com, by accessing the website of the Debtors' claims

DOCS_DE:210611.1

agent at https://cases.primeclerk.com/americanapparel, or by calling 844-596-2261

(internationally 914-266-8242).

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day

Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: November 14, 2016<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Joseph M. Mulvihill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:     ljones@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Erin N. Brady<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone:   (213) 489-3939<br>Facsimile:   (213) 243-2539<br>Email:       enbrady@jonesday.com<br><br>and |

5

Scott J. Greenberg
Michael J. Cohen
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email:  sgreenberg@jonesday.com
  mcohen@jonesday.com

Proposed Co-Counsel for the Debtors
and Debtors-in-Possession