The Honorable Brendan L. Shannon

Chief United States Bankruptcy Court Judge

United States Bankruptcy Court of the District of Delaware

824 Market Street, 6th Floor, Courtroom No. 1

Wilmington, Delaware 19801

**Re: American Apparel, LLC, et al., Case No. 16-12551 (BLS)**

Dear Judge Shannon,

As a small property owner in Los Angeles, an extension of an additional 90 days to June 12th, 2017 would create a hardship on any holder of unexpired Leases. This motion should be turned down.

American Apparel went through your Bankruptcy Court on October 15th, 2015 (Case No. 15-12055 BLS) and should have gone through all their unexpired Leases less than a year ago, and should have all the information needed to assume or reject an unexpired Lease within 90 days. The debtor must assume or reject their Leases by March 14th, 2017 or earlier.

The extension motion should be rejected.

Gilbert Dembo

Deepwater Investment Group

9595 Wilshire Boulevard, Ste. 208

Beverly Hills, CA 90212

(310) 278-4747