**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN APPAREL, LLC, *et al.*, | ) Case No. 16-12551 (BLS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 5, 199 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION FOR INTERIM AND FINAL ORDERS ESTABLISHING PROCEDURES WITH RESPECT TO DEBTORS' UTILITY PROVIDERS**

Commonwealth Edison Company, Georgia Power Company, NStar Electric & Gas Corporation, Orlando Utilities Commission, Public Service Electric and Gas Company, Salt River Project and Southern California Edison Company (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket No. 199) to the *Motion For Interim and Final Orders Establishing Adequate Assurance Procedures With Respect To Debtors' Utility Providers* (Docket No. 5), pursuant to a settlement between the Debtors and the Utilities.

Dated: December 14, 2016         STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3308
E-mail: jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia   23103
Telephone: (804) 749-8861
E-mail:   russj4478@aol.com

*Counsel for Commonwealth Edison Company, Georgia Power Company,* NStar Electric & Gas Corporation, *Orlando Utilities Commission, Public Service Electric and Gas Company, Salt River Project and Southern California Edison Company*

2