# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APP Winddown, LLC, *et al.*,<br><br>                               Debtors.[1] | Chapter 11<br><br>Case No. 16-12551 (BLS)<br><br>(Jointly Administered) |
| APP Winddown, LLC, *et al.*,<br>                               Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit "A",<br>                               Defendants. | Adv. No. See Exhibit "A" |

## CERTIFICATE OF SERVICE

I, Brigette G. McGrath, hereby certify that on December 12, 2017, a copy of *Notice of Agenda for Hearing on December 14, 2017 at 10:30 A.M. (Eastern Time)* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: December 12, 2017

**ASK LLP**

*/s/ Brigette G. McGrath*
Brigette G. McGrath, Esq.
Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
E-mail: bmcgrath@askllp.com

*-and-*

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a ICCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 107 Millcreek Corners, Ste B, P.O. Box 5129, Brandon, MS 39047.

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
e-mail: jsteinfeld@askllp.com

*-and-*

**BLANK ROME LLP**
Stanley B. Tarr (#5355)
Victoria Guilfoyle (#5183)
1201 Market Street, Suite 800
Wilmington Delaware 1980
Telephone: (302) 425-6400
E-mail: tarr@blankrome.com
　　　　guilfoyle@blankrome.com

*-and-*

**CONNOLLY GALLAGHER LLP \*\***
N. Christopher Griffiths (#5180)
Kelly M. Conlan (#4786)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington Delaware 19801-1671
Telephone: (302) 888-6313
Email: cgriffiths@connollygallagher.com
　　　　kconlan@connollygallagher.com

*Counsel for APP Winddown, LLC, et al.*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| A.N. Deringer, Inc. | 17-51610 |
| Academy Locksmiths, Inc. | 17-51702 |
| Advertising Specialties | 17-51577 |
| Ahearn Denning Cutting Machine, Inc. fdba Ahearn Cutting Machine & Supply | 17-51612 |
| Alameda Industrial Medical Group Inc. | 17-51703 |
| American Industrial Services, Inc. | 17-51611 |
| Ampak Chemicals, Incorporated | 17-51616 |
| Anqing Zhaofeng Import & Export Co., Ltd. | 17-51618 |
| Apparel Star Label Co., Inc. dba Apparel Star Co. Inc. | 17-51692 |
| Athens Insurance Services, Inc. | 17-51621 |
| B2B Express, Inc. | 17-51771 |
| Benny Martinez dba Benny's Pallets | 17-51705 |
| Bentex Cotton Industries, Inc. | 17-51623 |
| Bestway Shipping, Inc. | 17-51706 |
| BHLG LLC | 17-51624 |
| Bijasoft Inc. | 17-51625 |
| BLK DNM Group, Inc. fdba BLK DNM Group, LLC | 17-51626 |
| Brent Paper Tube, Inc. | 17-51579 |
| Brian Todd Mann | 17-51627 |
| Brink's Incorporated | 17-51707 |
| Bronc's, Inc. dba Westcoast Textiles, Inc. | 17-51628 |
| C & M Textile, Inc. dba M-Tex Co. | 17-51708 |
| C.H. Robinson Freight Services, Ltd. | 17-51581 |
| CDW Direct, LLC ** | 17-51757 |
| Cellco Partnership dba Verizon Wireless ** | 17-51742 |
| Central Carolina Hosiery | 17-51607 |
| CenturyLink, Inc. | 17-51772 |
| Cenveo Corporation dba Color Graphics Inc. ** | 17-51751 |
| Charter Communications, Inc. fdba Time Warner Cable Inc. | 17-51773 |
| CIT Finance LLC; and Technology Finance Corporation ** | 17-51754 |
| City of Garden Grove | 17-51709 |
| City of South Gate | 17-51608 |
| Clover Knits, Inc. | 17-51710 |
| Clover Visual Communications LLC | 17-51583 |
| Colormax Industries, Inc. | 17-51584 |
| Commercial Edison Company dba COMED ** | 17-51711 |
| Consolidated Edison, Inc. dba Con Edison | 17-51712 |
| Continental Business Credit, LLC fdba Continental Business Credit, Inc. | 17-51585 |
| Conversant Media Systems, Inc. | 17-51677 |
| Core Supply Company dba Core Supply & Packaging | 17-51713 |

| | |
|---|---|
| Cosmetic Industries, Inc. | 17-51630 |
| Creative Loafing Atlanta, Inc. | 17-51631 |
| Crosby Carter Management LLC | 17-51679 |
| Czarnowski Display Service, Inc. | 17-51680 |
| Dae Chang Textile, Inc. dba Infinity Textile | 17-51714 |
| Dae Shin USA., Inc. | 17-51715 |
| Dara Inc. | 17-51716 |
| Dove Jonas Shore | 17-51632 |
| Dye World, Inc. dba Dye Soft Textile | 17-51635 |
| Emerald Expositions, LLC fdba Emerald Expositions, Inc. | 17-51717 |
| Expair Cargo Ltd. | 17-51718 |
| Express Messenger Systems, Inc. dba OnTrac | 17-51719 |
| F & F Enterprises, Inc. dba Rex Fabrics | 17-51720 |
| F M Textile, Inc. | 17-51637 |
| Fabritex, Inc. | 17-51721 |
| Fabritex, LLC and Hana Financial, Inc. | 17-51775 |
| Far East Thread & Supply Inc. | 17-51722 |
| Farhad Nikoo dba Nikoo Textile | 17-51638 |
| Fast Fleet Systems, Inc. dba Fast Fleet Box 4021 | 17-51639 |
| Flexco Converters USA, Inc. | 17-51681 |
| Francisco Mosco dba A & A Fire Protection | 17-51682 |
| Franco American Corporation dba Franco American Textiles | 17-51723 |
| Freedom Technologies, Inc. | 17-51586 |
| Furpile Idea SPA | 17-51640 |
| Gateway Shoes, LLC | 17-51641 |
| Gold Image Printing Inc. | 17-51683 |
| Golden Knitting | 17-51643 |
| Golden State Water Company | 17-51587 |
| Goods Textile Inc. | 17-51688 |
| Gotex Textile International Inc. | 17-51588 |
| Great White Printing Inc. | 17-51724 |
| Green Tech Corporation dba Dyechem Supplies | 17-51725 |
| Greyhound Lines, Inc. | 17-51646 |
| GSG Fasteners, LLC dba Scovill Fasteners | 17-51648 |
| H&J Trading | 17-51590 |
| Hanjin Intermodal America, Inc. dba Hanjin Express ** | 17-51758 |
| Hitex Dyeing & Finishing, Inc. | 17-51726 |
| Huffman Hosiery Mills, Inc. | 17-51727 |
| Hurraw! Balm LLC | 17-51659 |
| Iluna USA LLC | 17-51660 |
| Ink Technology West Incorporated dba Westco Spectracolor, Inc. | 17-51728 |
| Innovative Computing Systems, Incorporated | 17-51729 |
| iTEK Services, Inc. | 17-51730 |
| Jae Hong Kim | 17-51662 |
| Jann Lawren Sample | 17-51664 |

| | |
|---|---|
| Jeff A. Jones aka Jeff Jones | 17-51666 |
| Jeffrey Ham dba Bellflower Electric Motor Repair | 17-51732 |
| JetBlue Airways Corporation | 17-51668 |
| JF Textile, Inc. | 17-51733 |
| Joe Garcia Consulting, Inc. dba New Elevation | 17-51693 |
| John's Knitting, Inc. | 17-51734 |
| Komar Alliance, LLC | 17-51735 |
| KS Textile, Inc. | 17-51736 |
| L.A. Supply Company, LLC | 17-51737 |
| L.Y.M. International Group (U.S.A.), Inc. | 17-51669 |
| LA Tex, Inc. | 17-51670 |
| Law Office of John D. Cline | 17-51672 |
| Lee Jin Radiator Company | 17-51673 |
| Leticia r. Hernandez dba Genesis Catering | 17-51738 |
| LogMeIn, Inc. fdba Citrix Online | 17-51674 |
| Loomis Armored US, LLC | 17-51592 |
| Los Angeles County Metropolitan Transportation Authority dba Metro Commute Services | 17-51689 |
| Los Angeles Department of Water and Power | 17-51593 |
| Los Angeles Department of Water and Power dba LA DWP | 17-51739 |
| Manner Polymers, Inc. | 17-51675 |
| Marine Truck Service Inc. | 17-51676 |
| Marsh USA Inc. | 17-51740 |
| Metrol One Loss Prevention Services Group (Guard Division NY), Inc. | 17-51678 |
| Metropolitan Mechanical Contractors Inc. | 17-51594 |
| MGF & Sons, Inc. dba Rancho Janitorial Supplies | 17-51684 |
| Monarch Litho Inc. | 17-51741 |
| Nanushka International Zrt | 17-51685 |
| National Webbing Products Co. | 17-51686 |
| Neo.Tex, Inc. | 17-51743 |
| Nextrade, Inc. dba Nextex International and Hana Financial, Inc. | 17-51777 |
| North American Textile Company, LLC dba NATco Global | 17-51776 |
| Omni Materia Company, Inc. | 17-51745 |
| Orange County Sanitation District | 17-51609 |
| Pacific Continental Textiles, Inc. | 17-51747 |
| Pacific Continental Textiles, Inc.; and White Oak Commercial Finance, LLC fdba Capital Business Credit LLC | 17-51596 |
| Pacific General Underwriters, Inc. | 17-51597 |
| Pacifica Chemical, Incorporated | 17-51748 |
| PBK America, Inc. | 17-51690 |
| Phyber Communications, LLC | 17-51687 |
| Prima-Tex Industries of California, Inc. dba Prima-Tex Industries, Inc. | 17-51598 |
| Provident Life and Accident Insurance Company | 17-51694 |
| Public Service Electric and Gas Company dba PSE&G Co. ** | 17-51746 |
| Ranida Apparel Trading LLC | 17-51614 |

| | |
|---|---|
| Ray's HVAC, Inc. | 17-51599 |
| RL US Group, Inc. | 17-51750 |
| Robert Bare Associates, Rba Transport, Incorporated | 17-51695 |
| Robert Half International Inc. dba Accountemps | 17-51752 |
| Robert Lopez Sr. dba Blackbyrd Design, Inc. | 17-51615 |
| Rosebud Perfume Company, Inc. | 17-51617 |
| S & S Supplies Corporation | 17-51600 |
| Sam Jung U.S.A., Inc. dba S & J, Inc. | 17-51619 |
| Scan Again, Corp. | 17-51622 |
| Scottex, Inc. | 17-51633 |
| Sewing Collection Inc. | 17-51696 |
| Smartling, Inc. | 17-51642 |
| Smartrac Technology Fletcher, Inc. | 17-51601 |
| SML Intelligent Inventory Solutions LLC fdba Xterprise (USA) L.L.C. | 17-51644 |
| Snogen Corporation | 17-51753 |
| Solid Software Solutions Ltd. | 17-51649 |
| Southern California Edison Company | 17-51774 |
| Southern California Gas Company | 17-51755 |
| Southwest Airlines Cargo Co. | 17-51602 |
| Speer Associates | 17-51651 |
| State Narrow Fabrics, Inc. | 17-51697 |
| STC - QST, LLC | 17-51698 |
| Strafford Technology, LLC dba BI Staffing, Inc. | 17-51653 |
| Swift Courier Services, Inc. | 17-51654 |
| Tashdjian Trading Co., Inc. dba Novatex International | 17-51655 |
| Teamkit Far East Ltd. | 17-51603 |
| The Button Depot | 17-51604 |
| The Jules Hartley Corporation | 17-51763 |
| The Winston Company | 17-51657 |
| Titan Transportation, LLC | 17-51764 |
| Tuscarora Yarns, Inc. | 17-51699 |
| Tuscarora Yarns, Inc. and Hana Financial, Inc. | 17-51778 |
| Twin Dragon Marketing, Inc. | 17-51765 |
| Twins Pleating & Stitching Inc. | 17-51766 |
| Union Textile, Inc. | 17-51605 |
| United Airlines, Inc. | 17-51658 |
| United Parcel Service, Inc. dba UPS | 17-51767 |
| Universal Elastic & Garment Supply, Inc. | 17-51768 |
| Unum Life Insurance Company of America | 17-51661 |
| West Palms Industry Inc. | 17-51663 |
| Western Shield Acquisitions, LLC dba Western Shield Label Company | 17-51769 |
| Windsor Textile Corporation dba Windsor Textile, Inc. | 17-51606 |
| Wintersun Group (USA) Inc. dba Wintersun Chemical | 17-51665 |
| Worldwide Recovery Systems, Incorporated | 17-51700 |
| XPO Logistics Freight, Inc. fdba Con-Way Freight Inc. | 17-51667 |

| Yarrington Mills Corporation | 17-51701 |
| --- | --- |
| YK Textile, Inc. | 17-51770 |

* 175 Adversary Proceedings

Timothy Braun, RegAgt/Principal
Academy Locksmiths, Inc.
4887 E. La Palma
Suite 701
Anaheim, California 92807

Daniel Brogan, Esq.
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147

Matthew J. Avetoom, Esq.
C. Tucker Cheadle, A Law Corporation
1000 Quail Street, Suite 100
Newport Beach, California 92660

Sassan Amini, RegAgt/Officer
Alameda Industrial Medical Group Inc.
4580 Pacific Boulevard
Vernon, California 90058

George Adamian, RegAgt/Officer
American Industrial Services, Inc.
5626 Cherry Avenue
Long Beach, California 90805

Tariq Rauf, Owner
Ampak Chemicals, Incorporated
849 E. Sandhill Avenue
Carson, California 90746

Chen Ming, Officer/Managing Agent
Anqing Zhaofeng Import & Export Co., Ltd.
71 Hill Road
Anquing City, CAI,

Eitan Assil, RegAgt/Officer
Apparel Star Label Co., Inc. dba Apparel
Star Co. Inc.
2800 E. 11th Street
Los Angeles, California 90023

James D. Burnside, III, Esq.
Dowling Aaron Incorporated
8080 North Palm Avenue, Third Floor
Fresno, California 93711

John Y i, CEO
B2B Express, Inc.
16012 S. Western Avenue
Suite 300
Gardena, California 90247

Benny Martinez, Owner
Benny Martinez dba Benny's Pallets
1611 E. 23rd Street
Los Angeles, California 90011

Maurice Benbeniste, RegAgent/President
Bentex Cotton Industries, Inc.
4520 Everett Avenue
Vernon, California 90058

Hyung Suk Choi, President
Bestway Shipping, Inc.
19500 S. Rancho Way
Unit 103
Rancho Dominguez, California 90220

Jean-Noel Ben Hamou, Esq.
BHLG, LLC
12 Christopher Way, Suite 102
Eatontown, New Jersey 7724

Ravi Samanthapudi, Owner
Bijasoft Inc.
D.No 6 & 7, Road No 2, Sector-3
Lotus Land MarkVijayawada, AP,  520003

Jason Hargreaves, Executive Director
BLK DNM Group, Inc. fdba BLK DNM
Group, LLC
237 Lafayatte Street
New York, New York 10012

Roger Kim, President
Brent Paper Tube, Inc.
16240 Gundry Avenue
Paramount, California 90723

Brian Todd Mann
1124 Magnolia Street, Apt. A
South Pasadena, California 91030

Lyndel Anne Vargas, Esq.
Cavazos, Hendricks, Poirot & Smitham, P.C.
900 Jackson Street, Suite 570
Founders Square
Dallas, Texas 75202

Derrick Talerico, Esq.
Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, California 90025

Brad Yi, Owner
C & M Textile, Inc. dba M-Tex Co.
249 W. 131st Street
Los Angeles, California 90061

Andy Wang, President
C.H. Robinson Freight Services, Ltd.
36960 Eagle Way
Chicago, Illinois 60678

Ronelle Erickson, Recovery Supervisor
CDW AR
200 North Milwaukee Avenue
Vernon Hills, Illinois 60601

Daniel S. Mead, President
Cellco Partnership dba Verizon Wireless
One Verizon Way
Basking Ridge, New Jersey 7920

Serge Babyan, RegAgent/CEO
Central Carolina Hosiery, Inc.
211 Shady Oak Drive
Biscoe, North Carolina 27209

Kurt Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Scott Goodwin, CFO/Officer
Cenveo Corporation dba Color Graphics Inc.
200 First Stamford Place
Stamford, Connecticut 6902

Lea Pauley Goff, Esq.
Stoll Keenon Ogden PLLC
500 West Jefferson Street
2000 PNC Plaza
Louisville, Kentucky 40202

Ellen R. Alemany, President
CIT Finance LLC; and Technology Finance Corporation
1 CIT Drive #2108-A
Livingston, New Jersey 7039

Kevin Pruett, CEO
Technology Finance Corporation
9889 East Sharon Drive
Scottsdale, Arizona 85254

Bruce McCullough, Esq.
Bodell Bove, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, Delaware 19899

Omar Sandoval, Esq.
Woodruff, Spradlin & Smart
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626

Raul Salinas, City Attorney
City of South Gate
8650 California Avenue
South Gate, California 90280

Matthew P. Austria, Esq.
Austria Shrum LLC
1201 N. Orange Street, Suite 502
One Commerce Center
Wilmington, Delaware 19801

Paul Sigleman, RegAgent/Officer
Colormax Industries, Inc.
1627 Paloma Street
Los Angeles, California 90021

Russell Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103

Scott H. Siegel, Esq.
Levinson Arshonskey & Kurtz LLP
15303 Ventura Blvd, Suite 1650
Sherman Oaks, California 91403

David R. Doyle, Esq.
Shaw Fishman
321 N. Clark St., Suite 800
Chicago, Illinois 60654

Vishnu R. Jonnalagadda, Esq.
Epsilon, Legal Counsel
6021 Connection Drive
Irving, Texas 75039

Jon Howell, Esq.
Czech & Howell, APC
2400 E. Katella Avenue, #655
Anaheim, California 92806

Michael Pelenghian, CEO
Cosmetic Industries, Inc.
13489 Slover Avenue
Fontana, California 92337

Talmadge U. Bailey, CEO
Creative Loafing Atlanta, Inc.
231 18th Street
Suite 8150
Atlanta, Georgia 30363

Crosby Carter, RegAgt/Officer
Crosby Carter Management LLC
16130 Ventura Boulevard
Suite 320
Encino, California 91436

Mark Nagle, President
Czarnowski Display Service, Inc.
2287 S. Blue Island Avenue
Chicago, Illinois 60608

Jonathan J. Choe, RegAgt/Officer
Dae Chang Textile, Inc. dba Infinity Textile
11023 Shoemaker Avenue
Santa Fe Springs, California 90670

Christian T. Kim, Esq.
Dumas & Kim, APC
3435 Wilshire Boulevard, Suite 990
Los Angeles, California 90010

Stephan Milo, Esq.
Wharton Aldhizer & Weaver PLC
100 S. Mason Street
The American Hotel
Harrisonburg, Virginia 22801

Dove Jonas Shore
3657 Wellington Road
Los Angeles, California 90016

Seung C. Lim, RegAgt/Officer
Dye World, Inc. dba Dye Soft Textile
5801 S. 2nd Street
Vernon, California 90058

Michael J. Joyce, Esq.
O'Kelly & Ernst & Joyce, LLC
901 N. Market Street, 10th Floor
Wilmington, Delaware 19801

Daniel Quellette, President
Expair Cargo Ltd.
201 boul. Ducharme
Suite 201
Sainte-Therese, Quebec,  J7E 2G1

Jasmine Yang, Esq.
Snell & Wilmer LLP
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071

Michael S. Kogan, Esq.
Kogan Law Firm, APC
1849 Sawtelle Blvd., Suite 700
Los Angeles, California 90025

Yon Kim, President
F M Textile, Inc.
11550 Wright Road
Lynwood, California 90262

Kouroush Dayan, RegAgt/Officer
Fabritex, Inc.
2301 E. 7th Street
Suite D-102
Los Angeles, California 90023

Sony Cheng, Officer
Far East Thread & Supply Inc.
7510 Garden Grove Boulevard
Westminster, California 92683

Farhad Nikoo, Owner
Farhad Nikoo dba Nikoo Textile
745 Towne Avenue
Los Angeles, California 90021

Lawrence Thees, President
Fast Fleet Systems, Inc. dba Fast Fleet Box 4021
1414 Calcon Hook Road
Sharon Hill, Pennsylvania 19079

Francisco Mosco, Owner
Francisco Mosco dba A & A Fire Protection
44900 Denmore Avenue
Lancaster, California 93535

Ronald Jones, RegAgt/President
Franco American Corporation dba Franco American Textiles
1051 Monterey Pass Road
Monterey Park, California 91754

Mark Collins, RegAgt/Officer
Freedom Technologies, Inc.
15520 Illinois Avenue
Paramount, California 90723

Officer, Managing Agent or General Agent
Furpile Idea SPA
via Frediani - loc. Macrolotto 2
59100 Prato,

Larry Opinsky, Officer
Gateway Shoes, LLC
910 Kehrs Mill Road
Suite 112
Ballwin, Missouri 63011

David R. Greifinger, Esq.
Law Offices of David R. Greifinger
15515 Sunset Blvd., #214
Pacific Palisades, California 90272

Officer, Managing Agent or General Agent
Golden Knitting
8701 Mettler Avenue
Suite A
Los Angeles, California 90003

Robert Sprowels, President
Golden State Water Company
630 E. Foothill Boulevard
San Dimas, California 91773

Jung Hoan Kim, RegAgt/Officer
Goods Textile Inc.
1577 W. 132nd Street
Gardena, California 90249

Yousef Golbahary, RegAgt/Officer
Gotex Textile International Inc.
837 S. San Pedro
Los Angeles, California 90014

Jake Y. Jung, Esq.
Law Offices of Yohan Lee
5681 Beach Blvd., Suite 200
Buena Park, California 90621

David S. Leach, President
Greyhound Lines, Inc.
350 N. St. Paul Street
Dallas, Texas 75201

Craig Stoudt, CEO
GSG Fasteners, LLC dba Scovill Fasteners
1802 Scovill Drive
Clarkesville, Georgia 30523

Officer, Managing Agent or General Agent
H&J Trading
1439 E. Wilson Avenue
Suite 108
Glendale, California 91206

Hwan Sna Shin, President
Hanjin Intermodal America, Inc. dba Hanjin Express
1111 E. Watson Center Road
Unit A
Carson, California 90745

Ian S. Landsberg, Esq.
Landsberg Law, APC
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212

Douglas R. Ghidina, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202

Neil Stuber, Officer
Hurraw! Balm LLC
103 Dakota Avenue
Whitefish, Montana 59937

Edward Meyer, Officer
Iluna USA LLC
110 East 40th Street
Suite 301
New York, New York 10016

Gregory M. Ajalat, Esq.
Ajalaat & Ajalat, LLP
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601

Howard I. Camhi, Esq.
Ervin, Cohen & Jessup LLP
9401 Wilshire Blvd
9th Floor
Beverly Hills, California 90212

Donald W. Rowley, RegAgt/CEO
iTEK Services, Inc.
25501 Arctic Ocean Drive
Lake Forest, California 92630

Jae Hong Kim
333 W. 2nd Street
Apt. 51-315
Los Angeles, California 90004

Jann Lawren Sample
460 West Avenue 45
Los Angeles, California 90065

Jeff A. Jones aka Jeff Jones
16319 Quince Circle
Hacienda Heights, California 91745

Jeffrey Ham, Owner
Jeffrey Ham dba Bellflower Electric Motor Repair
10030 Artesia Place
Bellflower, California 90706

Robin Hayes, CEO
JetBlue Airways Corporation
27-01 Queens Plaza North
Long Island City, New York 11101

Tommy Y. Lee, CEO
JF Textile, Inc.
13984 Orange Avenue
Paramount, California 90723

Jossan Garcia, RegAgt/Officer
Joe Garcia Consulting, Inc. dba New Elevation
820 Maintain View Drive
Lafayette, California 94549

Jong Yeon Kim, RegAgt/Officer
John's Knitting, Inc.
1701 W. Rosecrans Avenue
Gardena, California 90249

Robert Ezra, Esq.
Freeman, Freeman & Smiley LLP
1888 Century Park East
Suite 1700
Los Angeles, California 90067-1721

Christian T. Kim, Esq.
Dumas & Kim, APC
3435 Wilshire Boulevard, Suite 990
Los Angeles, California 90010

Ian S. Landsberg, Esq.
Landsberg Law, APC
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212

Jack Yin, Officer
L.Y.M. International Group (U.S.A.), Inc. dba United Courier Service
3760 W. Century Boulevard
Inglewood, California 90303\

Kui Ja Hong, Officer
LA Tex, Inc.
1945 E. 55th Street
Vernon, California 90058

John D. Cline, Officer
Law Office of John D. Cline
One Embarcadero Center
Suite 500
San Francisco, California 94111

Lee Jin Radiator Company
31-2 Dukkyunggil Goryeong
UEPGoryeonggun, Kyungpook

Leticia R. Hernandez dba Genesis Catering
325 E. 62nd street
Los Angeles, California 90003

William Wagner, RegAgent/President & CEO
LogMeIn, Inc. fdba Citrix Online
320 Summer Street
Boston, Massachusetts 2210

Lars Blecko, President
Loomis Armored US, LLC
2500 Citywest Boulevard
Suite 2300
Houston, Texas 77042

Eric Garcetti, Chairman
Los Angeles County Metropolitan
Transportation Authority dba Metro
Commute Services
One Gateway Plaza
MS 99-19-5
Los Angeles, California 90012

Wendy Loo, Esq.
Office of The City Attorney for the City of
Los Angeles
200 North Main Street, Suite 920
Los Angeles, California 90012

David H. Wright, Officer
Los Angeles Department of Water and
Power dba LA DWP
111 North Hope Street
John Ferraro Building
Los Angeles, California 90012

Jason B. Binford, Esq.
Kane Russell Coleman & Logan PC
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201

Stephan Milo, Esq.
Wharton Aldhizer & Weaver PLC
100 S. Mason Street
The American Hotel
Harrisonburg, Virginia 22801

Benjamin W. Kadden, Esq.
Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130

Lawrence LeHan, Esq.
Marsh USA Inc.
1166 Avenue of the Americas, 23rd Floor
New York, New York 10036

Vincent Carrabba, CEO
Metrol One Loss Prevention Services Group
(Guard Division NY), Inc.
900 South Avenue
Suite 200, 2nd Floor
Staten Island, New York 10314

Patrick McDonald, CEO
Metropolitan Mechanical Contractors Inc.
124 W. 60th Street
New York, New York 10023

Jose Ramon Flores, Principal
MGF & Sons, Inc. dba Rancho Janitorial
Supplies
16815 Ash Drive
Fontana, California 92337

George Lopez, Officer
Monarch Litho Inc.
15101 Date Street
Montebello, California 90640

Sandra Sandor, Officer
Nanushka International Zrt
27 Revesz Street
Budapest,  1138

Michael Brandess, Esq.
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602

Simon J. Park, RegAgt/Officer
Neo.Tex, Inc.
6080 Triangle Drive
Commerce, California 90040

Christine Wong, Esq.
Kim Park Choi & Yi, APLC
3435 Wilshire Boulevard, Suite 2150
Los Angeles, California 90010


Anglin Flewelling Rasmussen Campbell & Trytten LLP
301 N. Lake Ave
Suite 1100
Pasadena, California 91101-4158

Jessica Bagdanov, Esq.`
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367-4911

Jessica Bagdanov, Esq.`
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367-4911

Karen Bifferato, Esq.
Connolly Gallagher LLP
1000 N. West Street, Suite 1400
The Nemours Building
Wilmington, Delaware 19801

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, Delaware 19806

Maurice Wainer, Esq.
Snipper, Wainer & Markoff
232 North Canon Drive
Beverly Hills, California 90210-5302

Phillip Kim, RegAgt/Principal
PBK America, Inc.
1401 S. Runyan Street
La Habra, California 90631

James Clark, Officer
Phyber Communications, LLC
50 W. Hillcrest Drive
Thousand Oaks, California 91360

Matthew P. Austria, Esq.
Austria Shrum LLC
1201 N. Orange Street, Suite 502
One Commerce Center
Wilmington, Delaware 19801

Thomas B. Heys, Officer
Provident Life and Accident Insurance Company
500 Walnut Street
Chattanooga, Tennessee 37402

Russell Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103

Steven Gubner, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367

Ray Esparza, RegAgt/Officer
Ray's HVAC, Inc.
15715 Marilla Street
North Hills, California 91343

Amit Harel, RegAgt/Officer
RL US Group, Inc.
4225 Executive Square
Suite 600
La Jolla, California 92037

Robert L. Bare, RegAgt/CEO
Robert Bare Associates, Rba Transport, Incorporated
2804 N. Cannon Boulevard
Kannapolis, North Carolina 28083

Jonathan Aldridge, Esq.
Robert Half International, Inc. Legal Dept.
2884 Sand Hill Road, Suite 200
Menlo Park, California 94025

Robert Lopez Sr. dba Blackbyrd Design, Inc.
3840 Ingraham St., #202
Los Angeles, California 90005

Vivian Clipp, President
Rosebud Perfume Company, Inc.
6 North Main Street
Frederick, Maryland 27104

Matthew P. Austria, Esq.
Austria Shrum LLC
1201 N. Orange Street, Suite 502
One Commerce Center
Wilmington, Delaware 19801

George T. Busu, Esq.
LimNexus LLP
1055 West Seventh Street, 28th Floor
Los Angeles,  90017

Donald W. Rowley, RegAgt/Officer
Scan Again, Corp.
22501 Arctic Ocean Drive
Lake Forest, California 92630

Stanley Jung, RegAgt/Officer
Scottex, Inc.
12828 S. Broadway Street
Los Angeles, California 90061

Touraj Tour, Officer
Sewing Collection Inc.
3113 E. 26th Street
Vernon, California 90058

John G. Loughnane, Esq.
Nutter McClennen & Fish LLP
155 Seaport Boulevard
Boston, Massachusetts 2210

Robert J. Deutsch, Esq.
Deutsch & Gottschalk, PA
75 N. Market Street
Asheville, North Carolina 28801

David A. Newby, Esq.
Momkus McCluskey Roberts LLC
1001 Warrenville Road, Suite 500
Lisle, Illinois 60532

Andrew Kim, Esq.
Law Offices of Andrew Kim
1946 East 46th Street
Vernon, California 90058

Solid Software Solutions Ltd.
1325 Derry Road East
Unit 1
Mississauga, Ontario,  L5T 1B6

Russell R. Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103

Officer, Managing Agent or General Agent
Southwest Airlines Cargo Co.
1504 18th Avenue South
Apt. 206
Nashville, Tennessee 37212

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, Delaware 19806

Roland Gary Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, New York 10019

Alvin Lebensfeld, CEO
State Narrow Fabrics, Inc.
29-02 Bordon Aveneu
Long Island City, New York 11101

Perry S. Silver, Esq.
Silver Law Group, PLC
212 26th Street, Suite 333
Santa Monica, California 90402-2524

Daniel J. Norris, Esq.
McLane Middleton Professional Association
900 Elm Street
Manchester, New Hampshire 3101

Matthew P. Austria, Esq.
Austria Shrum LLC
1201 N. Orange Street, Suite 502
One Commerce Center
Wilmington, Delaware 19801

James Greenan, Esq.
McNamee, Hosea, Jernigan, Kim, Greenan & Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Sevan Gorginian, Esq.
Law Office of Sevan Gorginian
450 North Brand Boulevard, Suite 600
Glendale, California 91203

Robert Lee, Esq.
Robert Lee Law Offices
Room 2503-05 C.C. Wu Bldg
302-308 Hennessy Road
Wanchai,

Joseph Khoshlesan, Esq.
Losh & Khoshlesan, LLP
8889 W. Olympic Blvd., Penthouse Suite
Beverly Hills, California 90211

Vivian Houghton, Esq.
Law Office of Vivian A. Houghton, Inc.
800 N. West Street, 1st Floor
Wilmington, Delaware 19801

Gregory J. Lorber, President
The Jules Hartley Corporation
8275 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89123

Tom Coppo, President
The Winston Company
2837 Anthony Lane South
Minneapolis, Minnesota 55418

Elias Beltran, officer
Titan Transportation, LLC
9514 Paramount Avenue
Downey, California 90240

Martin B. Foil, Jr., RegAgt/CEO
Tuscarora Yarns, Inc.
P.O. Box 218
Mount Pleasant, North Carolina 28124

James S. Yan, Esq.
Law Offices of James S. Yan
980 South Arroyo Parkway, Suite 250
Pasadena, California 91105

Daren M. Schlecter, Esq.
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, California 90067

Thomas Francella, Jr., Esq.
Whiteford Taylor Preston LLC
405 North King Street
The Renaissance Centre, Suite 500
Wilmington, Delaware 1980-3700

Ja Young, Principal
Union Textile, Inc.
1931 E. Del Amo Boulevard
Rancho Dominguez, California 90220

Micah E. Marcus, Esq.
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Menlo Park, California 94025

Iraj Gharibian, RegAgt/Officer
Universal Elastic & Garment Supply, Inc.
2200 S. Alameda Street
Los Angeles, California 90058

Michael Q. Simonds, CEO
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 4122

Eunhee Sung, RegAgt/President
West Palms Industry Inc.
2787 Leonis Boulevard
Vernon, California 90058

Graham C. Weaver, Officer
Western Shield Acquisitions, LLC dba
Western Shield Label Company
2146 E. Gladwick Street
Rancho Dominguez, California 90220

Mi K. Lim, President
Windsor Textile Corporation dba Windsor Textile, Inc.
429 E. Alondra Bolevad
Gardena, California 90248

Jasmine Yang, Esq.
Snell & Wilmer LLP
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071

Douglas B. Keeney, RegAgt/Officer
Worldwide Recovery Systems, Incorporated
2308 Pomona Boulevard
Pomona, California 91768

Deborah Fletcher, Esq.
FisherBroyes, LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210

Carl Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306

David L. Marshall, Esq.
Eastburn and Gray, PC
60 East Court Street
PO Box 1389
Doylestown, Pennsylvania 18901

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, Delaware 19806

Maurice Wainer, Esq.
Snipper, Wainer & Markoff
232 North Canon Drive
Beverly Hills, California 90210-5302