IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APP WINDDOWN, LLC, *et al.*,[1] | ) | |
| | ) | Case No. 16-12551 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: 1740, 1793 |

**ORDER GRANTING HUDSON 6922 HOLLYWOOD LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO EXERCISE RIGHTS OF SETOFF**

This Court having considered the motion (the "Motion")[2] of Hudson 6922 Hollywood LLC ("Hudson") for entry of an order pursuant to sections 362 and 553 of title 11 of the United States Code (the "Bankruptcy Code") granting Hudson relief from the automatic stay to permit Hudson to exercise its right to setoff of the Hudson Claim against the Debtors' Security Deposit. The Court having considered the Motion and the supporting exhibits; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the legal and factual bases set forth in the Motion establish sufficient cause for the relief granted herein; and notice of the Motion appearing to be adequate

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 117 Millcreek Corners, Suite B, P O Box 5129, Brandon, MS 39047.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and appropriate under the circumstances; and there being no objection to the requested relief to the extent set forth herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. The automatic stay is modified, pursuant to 11 U.S.C. §§ 362(d), solely to the extent necessary to allow Hudson to exercise its right to setoff the Hudson Claim against the Debtors' Security Deposit.

3. The Order shall take effect immediately upon entry in accordance with Federal Rule of Bankruptcy Procedure 4001(a)(3).

4. Nothing herein shall be construed as an allowance or acknowledgment of the validity of the Hudson Claim in excess of the amount of the Security Deposit, and the Debtors' reserve all other rights with respect to the Hudson Claim.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

Dated: July 16, 2018
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE