IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| APP WINDDOWN, LLC, *et al.*,[1] | : | Case No. 16-12551 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 1875** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN (I) INSUFFICIENT DOCUMENTATION CLAIMS, (II) MISCLASSIFIED CLAIMS, AND (III) CLAIMS ON ACCOUNT OF EQUITY INTERESTS

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1. On September 14, 2018, the Debtors filed the *Debtors' Eleventh Omnibus Objection (Substantive) to Certain (I) Insufficient Documentation Claims, (II) Misclassified Claims, and (III) Claims on Account of Equity Interests* [Docket No. 1875] (the "Claims Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Claims Objection, responses were due to be filed on or before October 9, 2018 at 4:00 p.m.

3. On September 21, 2018, the Ohio Bureau of Workers' Compensation ("Ohio") filed their *Response to Debtors' Eleventh Omnibus Objection (Substantive) to Certain (I) Insufficient Documentation Claims, (II) Misclassified Claims, and (III) Claims on Account of Equity Interests* (Docket No. 1881) (the "Ohio Response") with the Court. On October 9, 2018,

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 5800 S. Eastern Avenue, Suite 500, Commerce, California 90040.

responses to the Claims Objection were also filed by RSGF Granada Building, LLC [Docket No. 1900] and Hudson 6922 Hollywood LLC [Docket No. 1902]. The Debtors also received informal responses from AIG Property Casualty Inc. and the City & County of San Francisco Tax Collector to the Claims Objection.

4. This matter has been resolved with respect to the Ohio Response. The remaining responses are being adjourned to the November 28, 2018 hearing.

5. The Debtors have revised the proposed order and the applicable exhibits (the "Proposed Order") to remove the claims of those parties whose claims are being adjourned. A copy of the Proposed Order is attached hereto as **Exhibit A**.

4. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes made from the proposed order filed with the Claims Objection.

5. The Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: Wilmington, Delaware
October 11, 2018

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Joseph M. Mulvihill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

DOCS_DE:221476.1 03635/001

And

JONES DAY
Scott J. Greenberg
Michael J. Cohen
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email:     sgreenberg@jonesday.com
           mcohen@jonesday.com

Co-Counsel for the Debtors
and Debtors in Possession