**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **APP WINDDOWN, LLC,** *et al.*,[1] | : | Case No. 16-12551 (BLS) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE
OF EFFECTIVE DATE FOR JOINT PLAN OF
LIQUIDATION OF THE DEBTORS AND DEBTORS IN POSSESSION**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  **Confirmation of Plan.** On November 28, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the *Third Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession*, dated November 28, 2018 (as it may have been further modified, the "Plan"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and Confirmation Order.

2.  **Effective Date of Plan. The Effective Date of the Plan occurred on December 14, 2018, and the Plan was substantially consummated.**

3.  **Estate Representative.** Pursuant to Section III.O of the Plan, on December 13, 2018, the Litigation Trustee provided its notice of election to be appointed as representative of the Debtors' Estates under Section 1123(b)(3) of the Bankruptcy Code solely with respect to the Charney Arbitration, and the substitution shall become effective on the Effective Date.

4.  **Bar Dates**.

    a.  Second Administrative Claim Bar Date Provisions.  Unless previously Filed or except as required to have been filed by the First Administrative Expense Bar

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 107 Millcreek Corners, Suite B, P O Box 5129, Brandon, MS 39047.

Date pursuant to the Bar Date Order or as governed in another order of the Court, requests for payment of Administrative Claims must be Filed and served on the parties identified in Section X.K (other than the Creditors' Committee) and the Creditors' Fund Trustee no later than January 14, 2019.  Filings of such requests shall be made with the Notice and Claims Agent either (a) electronically with Prime Clerk via the interface available at https://casesprimeclerk.com/AmericanApparel/EPOC-Index or (b) via U.S. mail or other hand delivery method to:  APP Winddown, LLC (f/k/a American Apparel, LLC) Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022 (such requests shall not be made, and will not be deemed Filed if made by, facsimile or electronic submission).  Any Holder of an Administrative Claim who was not required to File proof of such Administrative Claim or a request for payment thereof pursuant to the Bar Date Order shall be required to file a request for payment of such Administrative Claim by the Second Administrative Expense Bar Date.  Any Holders of Administrative Claims that were or are required to File and serve a request for payment of Administrative Claims and that did not or do not File and serve such a request by the applicable bar date will be forever barred from asserting such Administrative Claims against the Debtors, the Post-Confirmation Debtors, or their respective property, and such Administrative Claims will be deemed Disallowed as of the Effective Date and not entitled to payment under the Plan.

      b.  <u>Professional Compensation.</u>  Professionals or other entities asserting a Fee Claim for services rendered before the Effective Date must File and serve on the parties identified in Section X.K and such other entities who are designated by the Bankruptcy Rules, the Fee Order, the Confirmation Order or other order of the Bankruptcy Court an application for final allowance of such Fee Claim no later than January 14, 2019 (other than Professionals who may receive compensation or reimbursement of expenses pursuant to the Ordinary Course Professionals Order).

      c.  <u>Bar Dates for Rejection Claims.</u>  If the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan or otherwise gives rise to a Claim by the other party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Debtors, Estates, Creditors' Fund Trust and Post-Confirmation Debtors unless a Proof of Claim is filed with the Bankruptcy Court (by filing with the Notice and Claims Agent as set forth in paragraph 3(a) above) by no later than January 14, 2019.

    **5.**  **Rejection of Executory Contracts**.  Except for any Executory Contracts or Unexpired Leases of the Debtors:  (i) that previously were assumed or rejected by an order of the Bankruptcy Court, pursuant to section 365 of the Bankruptcy Code; (ii) as to which a motion for approval of the assumption or rejection of such contract or lease has been filed and served prior to, and remains pending as of, Confirmation; or (iii) set forth on Exhibit III.L of the Plan, each Executory Contract and Unexpired Lease entered into by the Debtors prior to the Petition Date that has not previously expired or terminated pursuant to its own terms shall be deemed rejected pursuant to section 365 of the Bankruptcy Code as of the Effective Date.  Nothing in the Plan is intended to affect the validity of contracts and leases entered into by the Debtors on or after the Petition Date, or the rights of the Debtors thereunder, which shall remain in full force and effect after the Effective Date in accordance with their terms.

    **6.**  **Copies of Plan and Confirmation Order.**  A copy of the Plan, the Confirmation Order or any other related documents may be obtained from the Bankruptcy

Court's website at http://ecf.deb.uscourts.gov or, free of charge, at https://cases.primeclerk.com/americanapparel.

| | |
|---|---|
| Dated: December 14, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    ljones@pszjlaw.com<br>           joneill@pszjlaw.com<br>           jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Scott J. Greenberg<br>Michael J. Cohen<br>250 Vesey Street<br>New York, NY 10281<br>Telephone:    (212) 326-3939<br>Facsimile:    (212) 755-7306<br>Email:        sgreenberg@jonesday.com<br>              mcohen@jonesday.com<br><br>Co-Counsel for the Post-Confirmation Debtors |