IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **APP WINDDOWN, LLC,** *et al.*,[1] | ) | Case No. 16-12551 (BLS) |
| | ) | |
| Debtors. | ) | Related to Docket No. 2152 |
| | ) | |

**DECLARATION OF KAREN RINEHART IN SUPPORT OF MOTION TO (I) CLARIFY
PLAN PROVISION REGARDING RETENTION OF DOCUMENTS DURING
ONGOING LITIGATION AND (II) PRESERVE DOCUMENTS**

I, Karen Rinehart, declare as follows:

1. I am an attorney licensed to practice in the State of California and of counsel to the law firm of O'Melveny & Myers LLP, counsel of record for Dov Charney and Adrian Kowalewski (the "Movants"). I submit this declaration in support of the Motion to (i) Clarify Plan Regarding Retention of Documents During Ongoing Litigation and (ii) Preserve Documents ("the Motion") filed concurrently herewith. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, could and would testify competently thereto.

2. A true and correct copy of the Consolidated Amended Complaint ("Complaint") giving rise to State Court Litigation, filed on March 18, 2011, is attached hereto as **Exhibit A**.

3. A true and correct copy of relevant excerpts of the *Second Notice of Filing of Plan Supplement Relating to the First Amended Joint Plan of Reorganization of the Debtors*

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses: APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, LLC (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, LLC (f/k/a American Apparel Dyeing and Finishing, Inc.) (0324); APP Knitting Winddown LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870) (collectively, the "Debtors"). The address of each of the Debtors is 107 Millcreek Corners, Suite B, P.O. Box 5129, Brandon, MS 39047.

#52973165 v2

*and Debtors in Possession* in Case No. 15-12055, D.I. 584, including the Litigation Trust Agreement, is attached hereto as **Exhibit B**.

4. A true and correct copy of the Confirmation Order, including, as exhibits, the Plan and Confirmation Notice, in Case No. 15-12055 [D.I. 687], is attached hereto as **Exhibit C**.

5. A true and correct copy of relevant excerpts from the Debtors' *Seventh Notice of Filing of Plan Supplement and Fifth Cure Notice Relating to the First Amended Joint Plan of Reorganization of the Debtors and Debtors in Possession*, in Case No. 15-12055 [D.I. 703], is attached hereto as **Exhibit D.**

6. A true and correct copy of relevant excerpts of the *Notice of Filing of Plan Supplement* [D.I. 1950-1 at pp.14-16 (designated Plan Exhibit 1.92)], which includes the State Court Litigation among the enumerated Litigation Trustee Causes of Action at pp. 14-15, is attached hereto as **Exhibit E**.

7. A true and correct copy of the hearing transcript from the December 11, 2018 status conference in the State Court Litigation is attached hereto as **Exhibit F.**

8. A true and correct copy of email correspondence between Movants' counsel and Scott Friedman, the Debtors' winddown agent, from December 12, 2018 through January 7, 2019 is attached hereto as **Exhibit G**.

9. A true and correct copy of a letter sent by Movants' counsel to Kevin Hroblak, counsel for the Litigation Trustee, on January 18, 2019 is attached hereto as **Exhibit H**.

10. A true and correct copy of a letter sent by Mr. Hroblak to Movants' counsel on January 25, 2019 is attached hereto as **Exhibit I**.

#52973165 v2

11. A true and correct copy of a letter sent by Movants' counsel to Mr. Hroblak on February 22, 2019 is attached hereto as **Exhibit J**.

12. A true and correct copy of a letter sent by Mr. Hroblak to Movants' counsel on February 26, 2019 is attached hereto as **Exhibit K**.

13. A true and correct copy of email correspondence between counsel for the Movants and Mr. Schumacher, counsel for the Debtors, dated April 8, 2019 is attached hereto as **Exhibit L**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of April, 2019.


*/s/ Karen Rinehart*

Karen Rinehart

#52973165 v2