## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| APP WINDDOWN, LLC, *et al.*,[1] | : | Case No. 16-12551 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**, (2) by the method set forth on the AAI Litigation Parties Service List attached hereto as **<u>Exhibit B</u>**, and (3) by first class mail and email on Dov Charney (MML ID: 6793106) c/o O'Melveny Attn: Seth Aronson 400 South Hope Street, 18th Floor Los Angeles, CA 90071, swarren@omm.com, and krinehart@omm.com:

- Order Authorizing the Debtors to Appoint Storage Agent and Establish Supplemental Procedures for Access to Records [Docket No. 2312]

*(Remainder of Page Intentionally Left Blank)*

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a KCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is Attn: David Black, 107 Millcreek Corners, Suite B, PO Box 5129, Brandon, MS 39047.

Dated: July 9, 2020

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 9, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 43771

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 704 Broadway Realty, LLC | A.M. Saccullo Legal, LLC | Attn: Thomas H. Kovach, Esq.<br>27 Crimson King<br>Bear DE 19701 | kovach@saccullolegal.com | Email |
| Counsel to Orange County Sanitation District | Anglin Flewelling Rasmussen Campbell & Trytten LLP | Attn: Dean G. Rallis Jr., Esq., Matthew D. Pham, Esq.<br>301 N. Lake Avenue<br>Suite 1100<br>Pasadena CA 91101-4158 | drallis@afrct.com<br>mpham@afrct.com | Email |
| Counsel to Hudson 6922 Hollywood, LLC | Appell Shapiro, LLP | Attn: Scott E. Shapiro, Esq.<br>15233 Ventura Blvd.<br>Suite 420<br>Sherman Oaks CA 91403 | scott@asattorney.com | Email |
| Counsel to the DIP Secured Parties | Ashby & Geddes, P.A. | Attn: Gregory Taylor<br>500 Delaware Avenue<br>Wilmington DE 19899 | GTaylor@ashby-geddes.com | Email |
| Counsel to Encina Business Credit, LLC | Ashby & Geddes, PA | Attn: Gregory A. Taylor, Esq. & Benjamin W. Keenan, Esq.<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington DE 19899-1150 | GTaylor@ashby-geddes.com<br>bkeenan@ashby-geddes.com | Email |
| Proposed Special Counsel to the Debtors | Ask LLP | Attn: Joseph L. Steinfield, Jr., Gary D. Underdahl, Kara E. Casteel, Bethany J. Rubis<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul MN 55121 | jsteinfeld@askllp.com<br>gunderdahl@askllp.com<br>kcasteel@askllp.com<br>brubis@askllp.com | Email |
| Proposed Special Counsel to the Debtors | Ask LLP | Attn: Marianna Udem, Brigette G. McGrath, Jennifer A. Christian<br>151 West 46th Street<br>4th Floor<br>New York NY 10036 | mudem@askllp.com<br>bmcgrath@askllp.com<br>jchristian@askllp.com | Email |
| Counsel to Alameda Square Owner, LLC | Atlas Capital Group, LLC | Attn: Jacob Wood<br>450 Park Avenue<br>4th Floor<br>New York NY 10022 | jwood@atlas-cap.com<br>notices@atlas-cap.com<br>jgoldberger@atlas-cap.com | Email |
| Counsel to GGP Limited Partnership and The Trustees of the University of Pennsylvania | Ballard Spahr ,LLP | Attn: Leslie Heilman, Esquire; Matthew Summers, Esquire and Laurel D. Roglen, Esquire<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to GGP Limited Partnership and The Trustees of the University of Pennsylvania | Ballard Spahr, LLP | Attn: David L. Pollack, Esquire<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | Email |
| Counsel to Starwood Retail Partners, LLC & Deutsche Asset & Wealth Management | Ballard Spahr, LLP | Attn: Dustin P. Branch<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Starwood Retail Partners, LLC & Deutsche Asset & Wealth Management | Ballard Spahr, LLP | Attn: Leslie C. Heilman<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com | Email |
| Counsel to the Committee of Unsecured Creditors | Bayard, PA | Attn: Justin R. Alberto, Evan T. Miller, Gregory J. Flasser<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>emiller@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Counsel to The A.J.D. Building, LLC` | Belkin Burden Wenig & Goldman, LLP | Attn: S. Stewart Smith, Esq.<br>270 Madison Avenue<br>New York NY 10016 | SSmith@BBWG.com | Email |
| Counsel to The Irvine Company LLC | Bewley, Lasselben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn Street<br>Suite 510<br>Whittier CA 90602-1797 | Ernie.Park@bewleylaw.com | Email |
| Counsel to UPS | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Lawrence M. Schwab, Esq., Kenneth T. Law, Esq.<br>633 Menlo Ave.<br>Suite 100<br>Menlo Park CA 94025 | Klaw@bbslaw.com | Email |
| Proposed Special Counsel to the Debtors | Blank Rome, LLP | Attn: Victoria A. Guilfoyle, Stanley B. Tarr<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | guilfoyle@blankrome.com<br>tarr@blankrome.com | Email |
| Counsel to Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street,<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel for Atalaya Asset Income Fund I LP and Consultants Group Commercial Funding Corporation dba CG Commercial Finance | Buchalter Nemer, PC | Attn: Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | Email |
| Counsel to CenturyLink Communications, LLC | CenturyLink | Attn: Marcy M. Heronimus, Senior Corporate Counsel<br>931 14th Street<br>Suite 900<br>Denver CO 80202 | marcy.heronimus@centurylink.com | Email |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to Greeen Valley - Ross Partnership | Connolly Gallagher, LLP | Attn: Karen C. Bifferato & Kelly M. Conlan<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Committee of Unsecured Creditors | Cooley, LLP | Attn: Cathy Hershcopf, Seth Van Aalten, Michael Klein<br>1114 Avenue of the Americas<br>New York NY 10036 | chershcopf@cooley.com<br>svanaalten@cooley.com<br>mklein@cooley.com | Email |
| Counsel to Wilmington Trust, National Association, as administrative agent to the Debtors' prepetition secured lenders [and DIP lenders] | Covington & Burling, LLP | Attn:  Ronald Hewitt<br>620 Eighth Avenue<br>New York NY 10018 | rhewitt@cov.com | Email |
| Counsel to Standard General, LP | Debevoise & Plimpton LLP | Attn:  M. Natasha Labovitz, Shannon Rose Selden, Craig A. Bruens, Erica S. Weisgerber<br>919 Third Avenue<br>New York NY 10022 | nlabovitz@debevoise.com<br>srselden@debevoise.com<br>cabruens@debevoise.com<br>eweisgerber@debevoise.com | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn:  Zillah Frampton, Bankruptcy Administrator<br>Division of Revenue/Bankrupcty Services<br>Carvel State Office Building, 8th Floor<br>Wilmington DE 19801 | Zillah.frampton@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations<br>Franchise Tax Division<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn:  Officer, Managing Agent, or General Agent<br>820 Silver Lake Blvd.<br>Suite 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| Department of Justice | Department of Justice - State of Delaware | Attn:  Jennifer R. Noel, Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street SLC C600<br>Wilmington DE 19801 | Jennifer.Noel@state.de.us | Email |
| Counsel to State of Connecticut, Department of Revenue Services | Department of Revenue Services | Attn:  Denise S. Mondell<br>55 Elm Street<br>PO Box 120<br>Hartford CT 06141-0120 | denise.mondell@ct.gov | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn:  Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Counsel to FTI Consulting, Inc. | Drinker Biddle & Reath, LLP | Attn: Steven K. Kortanek, Esq.<br>222 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | Steven.Kortanek@dbr.com | Email |
| Continental Business Credit, LLC fdba Continental Business Credit, Inc. | Fineman Krekstein & Harris | Attn:  Deirdre M. Richards, Esquire<br>1300 N. King Street<br>Wilmington DE 19801 | drichards@finemanlawfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Microsoft Corporation and Microsoft Licensing, GP | Fox Rothschild LLP | Attn: Joseph E. Shickich, Jr., Maria A. Milano<br>1001 4th Ave.<br>Suite 4500<br>Seattle WA 98154 | jshickich@foxrothschild.com<br>mamilano@foxrothschild.com | Email |
| Counsel to Microsoft Corporation and Microsoft Licensing, GP | Fox Rothschild LLP | Attn: Margaret M. Manning<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19899 | mmanning@foxrothschild.com | Email |
| Counsel to the Debtors' prepetition secured lenders [and DIP lenders] | Fox Rothschild, LLP | Attn:  Jeffrey M. Schlerf<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com | Email |
| Counsel to GGP Limited Partnership | GGP Limited Partnership | Attn:  Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago IL 60606 | ggpbk@ggp.com | Email |
| Counsel to Richard & Marie Moresco | Hopkins & Carley | Attn: Jennifer C. Johnson<br>200 Page Mill Road<br>Suite 200<br>Palo Alto CA 94306 | jjohnson@hopkinscarley.com | Email |
| Counsel to Richard & Marie Moresco | Hopkins & Carley | Attn: Monique Jewett-Brewster<br>70 South First Street<br>San Jose CA 95113 | mjb@hopkinscarley.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Klein Estate, Ltd. | Jackson Walker ,LLP | Attn:  Mike Held<br>2323 Ross Avenue<br>Suite 600<br>Dallas TX 75201 | mheld@jw.com | Email |
| Counsel to Klein Estate, Ltd. | Jackson Walker, LLP | Attn:  Thad Armstrong<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | tarmstrong@jw.com | Email |
| Counsel to I&L Weiss, LLC | Jaspan Schlesinger, LLP | Attn:  Jeffrey H. Schwartz, Esq., Sophia A. Perna-Plank, Esq.<br>300 Garden City Plaza<br>Garden City NY 11530 | jschwartz@jaspanllp.com<br>spernaplank@jaspanllp.com | Email |
| Counsel to Anaya's Cutting, Inc., Liz Cutting Service, Inc., VK Cutting, Inc., and Jalisco's Apparel, Inc. | Jeff Katofsky, Esq. | Attn:  Jeff Katofsky<br>4558 Sherman Oaks Avenue<br>Sherman Oaks CA 91403 | jeff@oremowlz.com | Email |
| Counsel to Debtor | Jones Day | Attn:  Michael J. Cohen, Scott J. Greenberg<br>250 Vesey Street<br>New York NY 10281 | mcohen@jonesday.com<br>sgreenberg@jonesday.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | JS Apparel | Attn:  Steve Ahn<br>1751 E. Del Amo Blvd.<br>Carson CA 90746 | sahn@pbcusa.com | Email |
| Counsel to E&C | Khang & Khang, LLP | Attn:  Joon M. Khang, Esq.<br>4000 Barranca Parkway<br>Suite 250<br>Irvine CA 92604 | joon@khanglaw.com | Email |
| Counsel to the DIP Secured Parties &<br>Litigation Trustee | Kilpatrick Townsend & Stockton, LLP | Attn:  David Posner, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | DPosner@kilpatricktownsend.com | Email |
| Counsel to E&C | Klein, LLC | Attn:  Julia B. Klein<br>919 North Market Street<br>Suite 600<br>Wilmington DE 19801 | klein@kleinllc.com | Email |
| Counsel to FTI Consulting, Inc. | Kramer Levin Naftalis & Frankell, LLP | Attn:  Kenneth H. Eckstein, Esq. & Anupama Yerramalli, Esq.<br>1177 Avenue of the Americas<br>New York NY 10036 | keckstein@kramerlevin.com<br>ayerramalli@kramerlevin.com | Email |
| Counsel to PREIT Services, LLC as agent for<br>Cherry Hill Center, LLC | Kurtzman \| Steady, LLC | Attn:  Jeffrey Kurtzman, Esquire<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to The Taubman Landlords and<br>Westfield, LLC | Law Office of Susan E. Kaufman, LLC | Attn:  Susan E. Kaufman, Esq.<br>919 North Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Williamsburg Retail SPE, LLC & RS<br>JZ Bedford – N 6th, LLC | Law Offices of Douglas T. Tabachnik, P.C. | Attn:  Douglas T. Tabachnik, Esq.<br>63 West Main St.<br>Suite C<br>Freehold NJ 07728-2141 | dtabachnik@dttlaw.com | Email |
| Counsel to Westfield, LLC | LeClairRyan | Attn: Jennifer Mistal, Chief Administrative Officer<br>4405 Cox Road, Suite 200<br>Glen Allen VA 23060 | Jennifer.Mistal@LeClairRyan.com | Email |
| Counsel to Westfield, LLC | LeClairRyan | Attn: Lori Thompson, Chief Legal Officer<br>1800 Wells Fargo Tower<br>Drawer 1200<br>Roanoke VA 24006 | andrew.cole@leclairryan.com | Email |
| Counsel to Westfield, LLC | LeClairRyan, PLLC | Attn: Niclas A. Ferland, Ilan Markus<br>545 Long Wharf Drive, 9th Floor<br>New Haven CT 06511 | niclas.ferland@leclairryan.com<br>ilan.markus@leclairryan.com | Email |
| Counsel to American Commercial Equities<br>Three, LLC, | Levy, Small & Lallas | Attn:  Tom Lallas<br>815 Moraga Drive<br>Los Angeles CA 90049-1633 | tlallas@lsl-la.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>711 Navarro Street<br>Ste. 300<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Alameda Square Owner, LLC | Liner, LLP | Attn Robbin L. Itkin, Esq., Alexandra S. Kelly, Esq.<br>1100 Glendon Avenue<br>14th Floor<br>Los Angeles CA 90024 | ritkin@linerlaw.com<br>akelly@linerlaw.com | Email |
| Counsel to 1841 Broadway Associates | Loeb & Loeb, LLP | Attn:  Daniel B. Besikof<br>345 Park Avenue<br>New York NY 10154 | dbesikof@loeb.com | Email |
| Counsel to Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC | Malfitano Partners | Attn:  Joseph A. Malfitano, PLLC<br>747 Third Avenue<br>2nd Floor<br>New York NY 10017 | jm@malfitanopartners.com | Email |
| Counsel to the Debtors' prepetition secured lenders [and DIP lenders] | Milbank, Tweed, Hadley & McCloy, LLP | Attn: Gerard Uzzi<br>28 Liberty Street<br>New York NY 10005 | guzzi@milbank.com | Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn:  Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Hudson 6922 Hollywood, LLC | Morris James LLP | Attn:  Brett D. Fallon, Brenna A. Dolphin<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington DE 19899-2306 | bfallon@morrisjames.com<br>bdolphin@morrisjames.com | Email |
| Counsel to State of Michigan, Department of Treasury | Office of the Michigan State Attorney General | Attn:  Bill Schuette, Heather L. Donald<br>Cadillac Place, Ste 10-200<br>3030 W. Grand Blvd.<br>Detroit MI 48202 | | First Class Mail |
| Counsel to New York State Department of Taxation and Finance | Office of the New York State Attorney General | Attn:  Louis J. Testa, Esq.<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Louis.Testa@ag.ny.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn:  Jane M. Leamy, Esquire<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington DE 19801 | Jane.M.Leamy@usdoj.gov | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 704 Broadway Realty, LLC | Olshan Frome Wolosky, LLP | Attn:  Michael S. Fox, Esq.<br>1325 Avenue of the Americas<br>New York NY 10019 | mfox@olshanlaw.com | Email |
| Counsel to Debtor | Pachulski Stang Ziehl & Jones, LLP | Attn:  Laura Davis Jones, Esq., James E. O'Neill, Esq. &  Joseph M. Mulvihill, Esq.<br>919 N. Market Street,<br>17th Floor<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com | Email |
| Counsel to Wilmington Trust, National Association | Pepper Hamilton, LLP | Attn:  David M. Fournier, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | fournierd@pepperlaw.com | Email |
| Counsel to Safety Facility Services | Pryor & Mandelup, LLP | Attn:  Anthony F . Giuliano, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | afg@pryormandelup.com | Email |
| Counsel to CenturyLink Communications, LLC | Reed Smith LLP | Attn: Kurt F. Gwynne, Emily K. Devan<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>edevan@reedsmith.com | Email |
| Counsel to Microsoft Corporation and Microsoft Licensing, GP | Riddell Williams, PS | Attn: Joseph E. Shickich, Jr.<br>1001 - 4th Avenue<br>Suite 4500<br>Seattle WA 98154 | jshickich@riddellwilliams.com | Email |
| Counsel to Lincoln Centurion Retail, LLC | Rivkin Radler, LLP | Attn:  Stuart I. Gordon, Matthew V. Spero<br>926 RXR Plaza<br>Uniondale NY 11556-0926 | stuart.gordon@rivkin.com<br>matthew.spero@rivkin.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey Street<br>New York NY 10281-1022 | Nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn:  Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn:  Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Arch Insurance Company | Stroock & Stroock & Lavan LLP | Attn: Curtis C. Mechling, Gabriel E. Sasson, Emily L. Kuznick<br>180 Maiden Lane<br>New York NY 10038 | cmechling@stroock.com<br>gsasson@stroock.com<br>ekuznick@stroock.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Stalking Horse and Gildan Activewear, Srl | Sullivan & Cromwell ,LLP | Attn:  Michael H. Torkin, Brian E. Hamilton, Miaoting Wu<br>125 Broad Street<br>New York NY 10004 | torkinm@sullcrom.com<br>wum@sullcrom.com<br>hamiltonb@sullcrom.com | Email |
| Counsel to City of Philadelphia | The City of Philadelphia | Attn:  Megan N. Harper<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia PA 19102-1595 | Megan.Harper@phila.gov | Email |
| Counsel to Williamsburg Retail SPE, LLC & RS JZ Bedford – N 6th, LLC | The Rosner Law Group, LLC | Attn:  Frederick B. Rosner Esq.<br>824 Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com | Email |
| Counsel to The A.J.D. Building, LLC | The Rosner Law Group, LLC | Attn:  Frederick B. Rosner, Esq., Scott J. Leonhardt, Esq., Jason A. Gibson, Esq.<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com<br>leonhardt@teamrosner.com<br>gibson@teamrosner.com | Email |
| Counsel to The Taubman Landlords | The Taubman Company | Attn:  Andrew S. Conway, Esq.<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | aconway@taubman.com | Email |
| Tennessee Attorney General's Office | TN Dept of Revenue | Attn:  TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 |  | First Class Mail |
| Counsel to Travis County | Travis County Attorney | Attn:  Kay D. Brock<br>PO Box 1748<br>Austin TX 78767 | kay.brock@traviscountytx.gov | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn:  David Weiss/Ellen Slights<br>1007 Orange St., Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Email |
| Counsel to Richard & Marie Moresco | Werb & Sullivan | Attn: Duane D. Werb, Matthew P. Austria<br>300 Delaware Avenue<br>Suite 1300<br>Wilmington DE 19801 | dwerb@werbsullivan.com<br>maustria@werbsullivan.com | Email |
| Counsel to Greeen Valley - Ross Partnership | William A. Van Roo, PC | Attn:  William A. Van Roo<br>13863 Quarterhouse Drive<br>Grass Valley CA 95949-7816 | vanroolaw@gmail.com | Email |
| Counsel to Wilmington Trust, National Association | Wilmington Trust, National Association | Attn:  Meghan McCauley<br>50 South Sixth Street<br>Suite 1290<br>Minneapolis MN 55402 | mmccauley@wilmingtontrust.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Gildan Activewear, Srl and Arch Insurance Company | Womble Carlyle Sandridge & Rice, LLP | Attn:  Matthew P. Ward, Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | morgan.patterson@wbd-us.com<br>matthew.ward@wbd-us.com | Email |
| Counsel to Standard General ,LP | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton & Joseph M. Barry<br>Rodney Square<br>1000 North King St.<br>Wilmington DE 19801 | emorton@ycst.com<br>jbarry@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
AAI Litigation Parties Service List
Served as set forth below

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3214429 | AAI Litigation Trust | 2360 Corporate Circle, Suite 330 | | | Henderson | NV | 89074 | | pkravitz@provincefirm.com | First Class Mail and Email |
| 3798210 | AAI Litigation Trust | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Esq. | 919 Market Street, Suite 1000 | Wilmington | DE | 19801 | | rbeck@klehr.com, sveghte@klehr.com | First Class Mail and Email |
| 3798210 | AAI Litigation Trust | c/o Province, Inc. | Attn: Peter Kravitz | 2360 Corporate Circle, Suite 330 | Henderson | NV | 89074 | | pkravitz@provincefirm.com | First Class Mail and Email |
| 3797551 | AAI Litigation Trust | Peter Kravitz | Province, Inc. | 2360 Corporate Circle, Suite 330 | Henderson | NV | 89074 | | pkravitz@provincefirm.com | First Class Mail and Email |
| 3206080 | AAI Pentwater Fund Public Limited Company | Attn: Brian Herward/Max Itkin | 614 Davis Street | | Evanston | IL | 60201 | | nnenadovic@pwcm.com | First Class Mail and Email |
| 3809302 | AAI Pentwater Fund Public Limited Company | c/o Milbank, Tweed, Hadley & McCloy LLP | Attn: Gerard Uzzi, Esq. & Eric K. Stodola | 28 Liberty St. | New York | NY | 10005-1413 | | akaye@milbank.com, guzzi@milbank.com | First Class Mail and Email |
| 3800070 | AAI Pentwater Fund Public Limited Company | c/o Pentwater Capital Management LP | Attn: Neal Nenadovic | 614 Davis St. | Evanston | IL | 60201 | | nnenadovic@pwcm.com, operactions@pwcm.com | First Class Mail and Email |
| 3211979 | KAMAAINA PLUMBING COMPANY | 940 QUEEN ST STE B2 | | | HONOLULU | HI | 96814-4133 | | | First Class Mail |