**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: APP Winddown, LLC, et al.        Bank: Various - see Attachment

Bankruptcy Number: 16-12551 (BLS)                Account Number: Various - see Attachment

Date of Plan Confirmation: November 28, 2018     Account Type: Various - see Attachment

Reporting Period (month/year): For the Quarter Ended September 30, 2020

| | | |
|---|---|---:|
| Beginning Cash Balance: | | $ 641,631 |
| All receipts received by the debtor: | | |
| | Cash Sales: | 0 |
| | Collection of Accounts Receivable: | 0 |
| | Proceeds from Litigation (settlement or otherwise): | 0 |
| | Other | 51,338 |
| | Capital Infusion pursuant to the Plan: | 0 |
| | Total of cash received: | 51,338 |
| Total of cash available: | | $ 692,969 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| | Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ -    <1> |
| | Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0  <2> |
| | All other disbursements made in the ordinary course: | (189,796) <3> |
| | Total Disbursements | (189,796) |
| Ending Cash Balance | | $ 503,173 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 29, 2020

Brad Scher/Chief Winddown Officer

Debtor: APP Windown, LLC, et al.

Case Number: 16-12551 (BLS)

**APP Winddown, LLC and Subsidiaries**
**List of Bank Accounts**
**September 30, 2020**

| GL Acct | Account Name | Bank Account # | Debtor | Description |
|---|---|---|---|---|
| 10474 | Wells Fargo - APP Winddown | *******145 | APP Winddown, LLC | Check & wire deposits |
| 10475 | Wells Fargo - AP Disbursements | *******836 | APP USA Winddown, LLC | AP checking |
| 10480 | Wells Fargo - Operating | *******810 | APP USA Winddown, LLC | Wires, ACH, and EFT transfers |
| 10485 | Wells Fargo - Deposit | *******828 | APP USA Winddown, LLC | Check & wire deposits |
| 10490 | Wells Fargo - Payroll | *******844 | APP USA Winddown, LLC | Payroll |

| | | APP USA Winddown, LLC | APP Retail Winddown, Inc. | APP Winddown, LLC | APP D&F Winddown, Inc. | APP Knitting Winddown, LLC | APP Shipping Winddown, Inc. | Total Debtors |
|---|---|---|---|---|---|---|---|---|
| <1> | Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| <2> | Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | - | - | - | - |
| <3> | All other disbursements made in the ordinary course: | - | - | 189,796 | - | - | - | 189,796 |
| | | $ - | $ - | $ 189,796 | $ - | $ - | $ - | $ 189,796 |

| ASSETS | Month September 30, 2020 |
|---|---:|
| Cash (Unrestricted) | $ 503,173 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List)-A | 55,792 |
| Total Current Assets | **558,965** |
| **Property, Plant & Equipment** | |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | **0** |
| Due to Affiliates & Insiders | 0 |
| Deferred income taxes, net of valuation allowance | 0 |
| Investments in subsidiaries | 0 |
| Other (Attach List) - A | 0 |
| Total Assets | $ **558,965** |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | $ 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Accrued Liabilities | 120,379 |
| Total Postpetition Liabilities | **120,379** |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan | 0 |
| Accrued Interest | 0 |
| Total Pre-petition Liabilities | **0** |
| Total Liabilities | **120,379** |
| **Equity** | |
| Common Stock | 18,217 |
| Less: Treasury Stock | (2,157,095) |
| Additional Paid-In-Capital | 213,406,469 |
| Accumulated Other Comprehenisive Income | 109,115 |
| Retained Earnings Deficit | (210,938,120) |
| Total Equity Deficit | **438,586** |
| Total Liabilities & Owners' Equity | $ **558,965** |

**Attachment**

A. Other Assets
    Deposits $ 55,792